# Fifth District Court of Appeal
## State of Florida

_____

Case No. 5D2023-3778
LT Case No. 1996-CF-013920-B

_____

Brad Antonio Bates,

Appellant,

v.

State of Florida,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Lyndsey Tygart, Judge.

W. Charles Fletcher, of Law Office of W. Charles Fletcher,
Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris,
Assistant Attorney General, Tallahassee, for Appellee.

June 25, 2024

Per Curiam.

AFFIRMED.

Wallis, Eisnaugle and Harris, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____